Gayle E. Mills
P.O. BOX 36317
TUCSON, AZ 85740
(520) 792-1115
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
## TUCSON DIVISION

| | | |
|---|---|---|
| In re: PEREZ, ENRIQUE | § | Case No. 4:11-19186-EWH |
|     CASTRO-PEREZ, IVONNE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 03, 2011. The undersigned trustee was appointed on July 03, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $    2,667.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 235.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 1,334.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 1,098.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/04/2012 and the deadline for filing governmental claims was 09/04/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $333.25. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $333.25, for a total compensation of $333.25.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $27.95, for total expenses of $27.95.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/14/2013            By: /s/Gayle E. Mills
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| **Case Number:** 4:11-19186-EWH | | **Trustee:** | (240310) | Gayle E. Mills |
| **Case Name:** PEREZ, ENRIQUE | | **Filed (f) or Converted (c):** | 07/03/11 (f) | |
| CASTRO-PEREZ, IVONNE | | **§341(a) Meeting Date:** | 08/23/11 | |
| **Period Ending:** 06/14/13 | | **Claims Bar Date:** | 09/04/12 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  6801 E. 3rd Street in Tucson, | 192,500.00 | 0.00 | | 0.00 | FA |
| 2  Bank of America Checking Account #7964 | 200.00 | 50.00 | | 0.00 | FA |
| 3  Bank of America Checking Account # 2601 | 100.00 | 0.00 | | 0.00 | FA |
| 4  HOUSEHOLD GOODS AND FURNISHINGS    Sofa's(2) $1,000.00; lazy boy chair $350.00; coffee tables $300.00; Television $550.00; DVD Player $90.00; Kitchen Table and chairs $200.00; Stove $300.00; refrigerator $600.00; King Bed $500.00; night stand $100.00; drawer chest $150.00; Queen bed $300.00; night stand $50.00; Queen Bed #300.00; night stand $30.00; washer $500.00; dryer $300.00 | 5,620.00 | 0.00 | | 0.00 | FA |
| 5  HOUSEHOLD GOODS AND FURNISHINGS    toaster $10.00; pots & pans $70.00; dishes $50.00; silverware $30.00; microwave $50.00; home decor $100.00 | 310.00 | 310.00 | | 0.00 | FA |
| 6  Wearing apparel | 800.00 | 0.00 | | 0.00 | FA |
| 7  Womans costume jewelry | 100.00 | 100.00 | | 0.00 | FA |
| 8  Wedding Rings | 800.00 | 0.00 | | 0.00 | FA |
| 9  Mens Watch $75.00; Womans Watch $100.00; | 175.00 | 0.00 | | 0.00 | FA |
| 10  Table top computer & Printer | 200.00 | 200.00 | | 0.00 | FA |
| 11  IRA Travelers | 12,000.00 | 0.00 | | 0.00 | FA |
| 12  2006 Dodge Grand Caravan (80,000) KBB | 7,720.00 | 0.00 | | 0.00 | FA |
| 13  1997 Dodge Pick up Regular Cab (115,000) KBB | 1,735.00 | 0.00 | | 0.00 | FA |
| 14  TAX REFUNDS  (u)    2011 Fed. tax refund (less Debtor's share) | Unknown | 1,333.00 | | 2,667.00 | FA |
| **14**  Assets  Totals (Excluding unknown values) | **$222,260.00** | **$1,993.00** | | **$2,667.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    2011 tax asset

    04/20/12: Returned call to Co-Debtor (520)319-1205. Told her amount due BK Estate from tax refunds ($1,333 Federal only, owes State). Gave her instructions if she receives Federal refund check.

    6/1/12: Requested CBD

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 4:11-19186-EWH  **Trustee:** (240310) Gayle E. Mills
**Case Name:** PEREZ, ENRIQUE  **Filed (f) or Converted (c):** 07/03/11 (f)
CASTRO-PEREZ, IVONNE  **§341(a) Meeting Date:** 08/23/11
**Period Ending:** 06/14/13  **Claims Bar Date:** 09/04/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** November 25, 2012  **Current Projected Date Of Final Report (TFR):** September 25, 2013

# Form 2
## Cash Receipts And Disbursements Record

| **Case Number:** | 4:11-19186-EWH | | **Trustee:** | Gayle E. Mills (240310) |
|---|---|---|---|---|
| **Case Name:** | PEREZ, ENRIQUE | | **Bank Name:** | The Bank of New York Mellon |
| | CASTRO-PEREZ, IVONNE | | **Account:** | 9200-******80-66 - Checking Account |
| **Taxpayer ID #:** | **-***9176 | | **Blanket Bond:** | $72,661,955.00 (per case limit) |
| **Period Ending:** | 06/14/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/29/12 | {14} | UNITED STATES TREASURY | 2011 Fed. tax refund | 1224-000 | 2,667.00 | | 2,667.00 |
| 05/31/12 | 101 | ENRIQUE PEREZ & IVONNE CASTRO-PEREZ | Debtors' share of Fed. refund | 8500-002 | | 1,334.00 | 1,333.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,308.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,283.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,258.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,233.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,208.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,183.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,158.00 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001024031088 20121220 | 9999-000 | | 1,158.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,667.00 | 2,667.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 1,158.00 | |
| | | | **Subtotal** | | 2,667.00 | 1,509.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,667.00** | **$1,509.00** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 4:11-19186-EWH  
**Case Name:** PEREZ, ENRIQUE  
CASTRO-PEREZ, IVONNE  
**Taxpayer ID #:** **-***9176  
**Period Ending:** 06/14/13  

**Trustee:** Gayle E. Mills (240310)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****184466 - Checking Account  
**Blanket Bond:** $72,661,955.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,158.00 | | 1,158.00 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,148.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,138.00 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,128.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,118.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,108.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,098.00 |
| | | | **ACCOUNT TOTALS** | | 1,158.00 | 60.00 | $1,098.00 |
| | | | Less: Bank Transfers | | 1,158.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 60.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $60.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******80-66 | 2,667.00 | 1,509.00 | 0.00 |
| Checking # ****184466 | 0.00 | 60.00 | 1,098.00 |
| | $2,667.00 | $1,569.00 | $1,098.00 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 4:11-19186-EWH
Case Name: PEREZ, ENRIQUE
Trustee Name: Gayle E. Mills

**Balance on hand:** $ 1,098.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,098.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Gayle E. Mills | 333.25 | 0.00 | 333.25 |
| Trustee, Expenses - Gayle E. Mills | 27.95 | 0.00 | 27.95 |

Total to be paid for chapter 7 administration expenses: $ 361.20
Remaining balance: $ 736.80

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 736.80

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 736.80

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 57,987.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Hughes Federal Credit Union | 12,745.46 | 0.00 | 161.96 |
| 2 | Hughes Federal Credit Union | 999.04 | 0.00 | 12.69 |
| 3 | PYOD LLC / Citibank | 5,437.18 | 0.00 | 69.09 |
| 4 | PYOD LLC / Citibank | 1,364.76 | 0.00 | 17.34 |
| 5 | FIA Card Services | 12,206.88 | 0.00 | 155.10 |
| 6 | Capital One Bank N.A. | 17,262.76 | 0.00 | 219.34 |
| 7 | US BANK N.A. | 5,709.05 | 0.00 | 72.54 |
| 8 | VERIZON WIRELESS | 337.92 | 0.00 | 4.29 |
| 9 | Capital One N.A. | 1,754.97 | 0.00 | 22.30 |
| 10 | United Consumer Financial Services | 169.60 | 0.00 | 2.15 |

Total to be paid for timely general unsecured claims: $ 736.80
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**